BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

FILED
OCT - 7 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF )<br><br>LV MARKET )<br>7045 WALNUT AVENUE )<br>WINTON, CA 95388 )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> ) | SW NO. 1:14SW 00195 GSA<br><br>**UNDER SEAL**<br><br>SEALING ORDER |

   The United States of America, having applied to this Court, for an Order permitting it to file the search warrant, application, and affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

   IT IS HEREBY ORDERED that the search warrant, application, and affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 10/7/14

_____
HON. GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

1