

FILED

MAY 31 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:, | ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |
| LV MARKET<br>7045 WALNUT AVENUE<br>WINTON, CA 95388 | CASE NO. 1:14-SW-00195 GSA |

The search warrants and affidavits in support of the above-referenced search warrants, having previously been sealed by orders of this Court, and it appearing that the search warrants and affidavits no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrants and affidavits in support of the search warrants herein be unsealed and made public record.

DATED: May 31, 2016

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE